# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 14-31882 |
| | ) | |
| ERIC CONN, | ) | CHAPTER: 13 |
| CHELSEA CONN, | ) | |
| Debtors | ) | |

## REQUEST FOR NOTICES

COMES NOW, Albert F. Nasuti, of the firm of Thompson, O'Brien, Kemp & Nasuti, P.C., and files this Request for Notices on behalf of ASSOCIATED CREDIT UNION, a creditor and party in interest in the above-styled case, and hereby requests receipt of all notices and orders entered in this case.

Respectfully submitted this 18th day of August, 2014.

*/s/ Albert F. Nasuti*
Georgia State Bar No. 535209

For the Firm of
THOMPSON, O'BRIEN, KEMP & NASUTI, P.C.
40 Technology Parkway South, Suite 300
Norcross, Georgia 30092
(770) 925-0111
E-mail: anasuti@tokn.com