UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In Re: )
ERIC CONN )
CHELSEA CONN ) CASE NO. 14-31882-DHW-13
    Debtor(s) )

## NOTICE OF APPEARANCE

Now Comes, Leonard N. Math, and files this Notice of Appearance in the above styled action on behalf of GUARDIAN CREDIT UNION and requests that further notices in this case on behalf of said creditor be sent to him as counsel of record.

/s/ Leonard N. Math, dated this 26 day of Aug, 2014

OF COUNSEL:
Chambless Math ❖ Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
(334) 272-2230

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below on this 26 day of Aug, 2014.

x    by electronic service

Curtis C. Reding
Chapter 13 Trustee
P.O. Box 173
Montgomery AL 36101
trustees_office@ch13mdal.com

JOSHUA C. MILAM
566 S. PERRY STREET
MONTGOMERY AL 36104
JMILAM@SMCLEGAL.COM

x    by regular U.S. mail

ERIC CONN
CHELSEA CONN
713 CO RD 58
PRATTVILLE AL 36067

/s/ Leonard N. Math, dated this 26 day of Aug, 2014