IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

In re: ERIC CONN
CHELSEA CONN                                    Chapter 13
                                                Case No. 14-31882-DHW

       **Debtor(s).**

## TRUSTEE'S OBJECTION TO DEBTORS' MOTION
## TO INCUR DEBT

COMES NOW, the Trustee, by and through the undersigned, responds to the debtors' Motion to Incur Debt as follows:

1. On or about July 18, 2014 the debtor(s) filed the instant, voluntary bankruptcy petition pursuant to Title 11 of the United States Code.

2. An order confirming this case was entered on October 06, 2014.

3. On or about July 6, 2015 the debtor(s) filed a motion to incur debt to purchase a vehicle.

4. Debtor(s) motion states the 2005 Chevrolet Tahoe has experienced multiple problems is in need of repairs.

5. The debtors' seek to purchase a 2006 Volkswagen Passat financed with Best Cars or Millbrook for $7,906.60 with monthly payment of $200.00 paid over 60 months.

6. The motion provides there has been a change of circumstances, however debtors' have not amended Schedule I and J.

7. Debtors' plan requires payments of $78.00 weekly.

8. Schedule J reflects monthly net income of -$110.67. After plan payments are deducted from the debtor(s) monthly expenses, there is insufficient income to support any additional monthly expenses.

WHEREFORE, the Trustee respectfully requests that this Honorable Court sustain the Trustee's objection and deny the debtor(s) motion to incur debt as the debtor(s) schedules reflect the debtors cannot afford an additional monthly expense.

Respectfully submitted this the 17$^h$ day of July, 2015.

                              Curtis C. Reding, Jr.
                              Chapter 13 Trustee

                By:   /s/ Tina J. Hayes
                       Staff Attorney     (HAY049)
                       ASB-9847-C32H

Office of the Chapter 13 Trustee
Curtis C. Reding, Jr., Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax: 334-834-7635
Email: hayest@ch13mdal.com

## CERTIFICATE OF SERVICE

I, Tina J. Hayes, certify that a copy of the foregoing TRUSTEE'S OBJECTION TO DEBTOR(S) MOTION TO INCUR DEBT has been served on the parties listed below by placing same in the United States Mail, postage prepaid and properly addressed, or via email, this 17th day of July, 2015.

                              /s/   Tina J. Hayes
                              Tina J. Hayes

ERIC CONN
CHELSEA CONN
713 CO RD 58
PRATTVILLE, AL 36067

JOSHUA C. MILAM (via CM/ECF)