UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                       Case No. 14-31882–DHW
                                                            Chapter 13
ERIC CONN and CHELSEA CONN,

   Debtors.

# ORDER GRANTING MOTION TO INCUR DEBT

The debtor filed a motion to obtain post-petition credit to purchase a vehicle.

The motion came on for hearing and the trustee withdrew his objection. Accordingly, it is

ORDERED that the motion is GRANTED, the Debtor will purchase a vehicle from Best Cars for $7,906.00, with payments at $200.00 per month.

Done this 3rd day of August, 2015.

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:   Debtors
     Joshua C. Milam, Attorney for Debtors
     Curtis C. Reding, Trustee