UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 14-31882-DHW
Chapter 13
ERIC CONN,
CHELSEA CONN,

    Debtors.

## ORDER GRANTING MOTION TO INCUR DEBT

The debtors filed an Amended Motion to Incur Debt (Doc. #60) seeking to purchase a 2012 Nissan Altima for $9,983.18 with monthly payments of $262.76. The court held a hearing on the matter on August 24, 2015. In accordance with the ruling from the bench in open court, it is

ORDERED that the motion is GRANTED as filed and the debtors may incur debt in order to purchase the 2012 Nissan Altima for $9,983.18 with monthly payments of $262.76.

Done this 25th day of August, 2015.

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:    Debtors
    Joshua C. Milam, Attorney for Debtors
    Curtis C. Reding, Trustee